Antoinette R. LAMPKIN,
Plaintiff–Appellant

v.

STAFFMARK; Veronica Garcia; Lindsey Miller, Defendants–Appellees.

No. 14–20106
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 6, 2014.

Ajay Kumar Choudhary, Esq., Khemka & Choudhary, Houston, TX, for Plaintiff–Appellant.

Michael Prospero Maslanka, Constangy, Brooks & Smith, L.L.P., Dallas, TX, for Defendants–Appellees.

---

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM: *

Antoinette R. Lampkin appeals the district court's grant of summary judgment in favor of her former employer, Staffmark Holdings, Inc.,[1] in her lawsuit purporting to allege racial discrimination and discrimination based upon a relationship with a disabled person. We have carefully reviewed the relevant portions of the record in light of the parties briefs. We conclude that the district court's opinion contains no reversible error.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. Although Lampkin originally also sued Veronica Garcia and Lindsey Miller, they were never served, and she intentionally deleted them in her amended complaint, stating in her motion for leave: "Plaintiff wishes to allege her Complaint against the entity only." Thus, they are not before us on this appeal.